## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL WAYNE,** | : | |
| **Plaintiffs,** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **NO. 08-4899** |
| | : | |
| **THE GLEN MILLS SCHOOLS,** | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

    **AND NOW,** this 20th day of May, 2010, upon review of Defendant's Motion for Summary Judgment [Doc. No. 20] and Plaintiff's Response thereto [Doc. No. 26], and for the reasons set forth in the attached Memorandum Opinion, it is hereby **ORDERED** that the Motion for Summary Judgment is **GRANTED** as to all claims and the case is **DISMISSED.**

    Judgment is hereby entered for Defendant and against Plaintiff.

    The Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

    It is so **ORDERED.**

                    **BY THE COURT:**

                    **/s/ Cynthia M. Rufe**

                    _____

                    **CYNTHIA M. RUFE, J.**